# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129806

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v                                                                SC: 129806
                                                                 COA: 264838
                                                                 Macomb CC: 03-003566-FC

BRIAN DAVID FOSSETT,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 26, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

d1219

Clerk